IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SCOTT ATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0980 |
| | ) | Judge Trauger |
| MOZO, USA | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that the plaintiff's motion for default judgment as to the defendant Mozo, USA (Docket No. 90) is GRANTED. It is hereby ORDERED that judgment is awarded to the plaintiff against defendant Mozo, USA in the amount of $55,000.00.

It is so **ORDERED**.

ENTER this 11th day of May 2009.

_____
ALETA A. TRAUGER
U.S. District Judge